JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

    - v. -

DANNY MOREL,

    Defendant

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

INDICTMENT

07 Cr.

**07 CRIM 1194**

COUNT ONE

The Grand Jury charges:

On or about June 11, 2003, and continuing thereafter, in the Southern District of New York and elsewhere, DANNY MOREL, the defendant, having been released on bail in connection with a charge of an offense punishable by 15 years' imprisonment, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, MOREL failed to appear for a court conference and his scheduled trial date in the United States District Court for the Southern District of New York in the matter of <u>United States</u> v. <u>Danny Morel</u>, 02 Cr. 1542 (SHS), or at any time thereafter.

    (Title 18, United States Code, Sections 3146(a)(1)
                and (b)(1)(A)(i).)

_/s/_____
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DANNY MOREL,

Defendant.

**INDICTMENT**

07 Cr.

(18, U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____ Foreperson.

Post 11-1-87
12/18/07
Filed Ind.
Chin, J.